# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| ALBERT PURVIS, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV417-211 |
| CERES MARINE TERMINALS, Inc., | ) | |
| Intervenor, | ) | |
| and | ) | |
| MAERSK LINE A/S, | ) | |
| Defendant. | ) | |

## ORDER

Ceres Marine Terminals, Inc.'s unopposed motion to intervene (doc. 10) is **GRANTED**. *See* doc. 11 (plaintiff's statement of nonopposition). Ceres Marine Terminals may file its Intervention Complaint.

**SO ORDERED,** this  6th  day of February, 2018.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA