# United States District Court
## Southern District of Georgia

Albert Purvis,
    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV417-211,

Ceres Marine Terminals, Inc.,
    Intervenor,

and

Maersk Line A/S
    Defendant

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 4/30/19, granting the Defendant's motion for summary judgment, judgment is hereby entered against the plaintiff and in favor of the defendant. This case stands closed.



| 4/30/19 | Scott L. Poff |
|---|---|
| Date | Clerk |

*(signature)*

(By) Deputy Clerk